No. 90–1913.  YELLOW FREIGHT SYSTEM, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 3d Cir.  Certiorari denied.

No. 90–1914.  OPDAHL ET UX. *v.* VON HOFF INTERNATIONAL, INC., ET AL.  Sup. Ct. S. D.  Certiorari denied.

No. 90–1916.  DEAN *v.* DEAN.  Sup. Ct. Va.  Certiorari denied.

No. 90–1917.  WHITCOMBE ET UX. *v.* UNITED STATES DEPARTMENT OF THE TREASURY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–1919.  KRAIN *v.* HICKS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–1920.  DIERSCHKE ET UX. *v.* O'CHESKEY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–1921.  SEXTON, AN UNMARRIED INFANT, BY AND THROUGH HIS MOTHER AND NATURAL GUARDIAN, SEXTON *v.* BELL HELMETS, INC.  C. A. 4th Cir.  Certiorari denied.

No. 90–1923.  FEDERAL ELECTION COMMISSION *v.* KEEFER ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 90–1924.  BALLAY ET AL. *v.* LEGG MASON WOOD WALKER, INC.  C. A. 3d Cir.  Certiorari denied.

No. 90–1925.  BEDI *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–1926.  ARIZONA *v.* BUCCINI.  Sup. Ct. Ariz.  Certiorari denied.

No. 90–1927.  KORNAFEL *v.* STEWART, ASSISTANT DISTRICT ATTORNEY, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–1928.  RUSSO ET AL. *v.* MASSULLO ET AL.; and
No. 91–118.  POHLMAN *v.* RUSSO ET AL.  C. A. 6th Cir.  Certiorari denied.  Reported below: 927 F. 2d 605.